JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GURSHARAN SINGH PANNU,　　　)　Case No. 2:26-cv-02479-FWS-DTB
　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　 )　**J U D G M E N T**
　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　 )
　　　　　　　　　　　　　　　)
U.S. IMMIGRATION AND　　　　　)
CUSTOMS ENFOREMENT, et al.,　 )
　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　 )

　　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 18, 2026

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Fred W. Slaughter
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1